# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 22, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1735,   <u>General Conference of Seventh-Day Adventists v. Cleveland Horton, II</u>
8:24-cv-02866-TDC

TO:   Eileen M. Levitt
Cleveland Horton
Glendora C. Hughes
Gina McKnight-Smith
Noah Thomas Metheny
Anthony G. Brown
Janssen E. Evelyn
Jeff Rosen
Magdalena S. Navarro
Angela Scott
Stephanie Suerth

RESPONSE DUE: 07/29/2025

Response is required to the motion to expedite appeal on or before 07/29/2025.

Richard H. Sewell, Deputy Clerk
804-916-2702