FILED: September 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1735
(8:24-cv-02866-TDC)

_____

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an unincorporated association; ADVENTIST RISK MANAGEMENT, INC.

   Plaintiffs - Appellants

v.

CLEVELAND HORTON, II, in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights; GLENDORA C. HUGHES, in her official capacity as General Counsel of the Maryland Commission on Civil Rights; STEPHANIE SUERTH, in her official capacity as a member of the Maryland Commission on Civil Rights; JANSSEN E. EVELYN, in his official capacity as a member of the Maryland Commission on Civil Rights; EILEEN M. LEVITT, in her official capacity as a member of the Maryland Commission on Civil Rights; ANGELA SCOTT, in her official capacity as a member of the Maryland Commission on Civil Rights; MAGDALENA S. NAVARRO, in her official capacity as a member of the Maryland Commission on Civil Rights; JEFF ROSEN, in his official capacity as a member of the Maryland Commission on Civil Rights; GINA MCKNIGHT-SMITH; NOAH THOMAS METHENY, n his official capacity as a member of the Maryland Commission on Civil Rights; ANTHONY G. BROWN, in his official capacity as Attorney General of the state of Maryland

   Defendants - Appellees

------------------------------

THOMAS MORE SOCIETY; CHRISTIAN LEGAL SOCIETY; NATIONAL ASSOCIATION OF EVANGELICALS

Amici Supporting Appellant

_____

O R D E R

_____

Thomas More Society, Christian Legal Society, and National Association of Evangelicals have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

Thomas More Society, Christian Legal Society, and National Association of Evangelicals are directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk