# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 27, 2025

_____

## RESPONSE REQUESTED - SIMILAR CASES

_____

No.  25-1735,  General Conference of Seventh-Day Adventists v. Cleveland Horton, II
8:24-cv-02866-TDC

TO:  All Appellants
All Appellees
All Amicus

RESPONSE DUE: 10/30/2025

Response is required to the notice requesting information regarding similar cases on or before 10/30/2025. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

R. Phillips, Deputy Clerk
804-916-2702