## **RULE 29(a)(4)(A) STATEMENT OF *AMICUS***

The Metropolitan Washington Employment Lawyers Association ("MWELA") is an association. It does not have any corporate parent. It does not have any stock, and therefore no publicly held company owns 10% or more of the stock of this *Amicus Curiae*.