FILED:  November 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1735
(8:24-cv-02866-TDC)

_____

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an
unincorporated association; ADVENTIST RISK MANAGEMENT, INC.

Plaintiffs - Appellants

v.

CLEVELAND HORTON, II, in his official capacity as Acting Executive Director
of the Maryland Commission on Civil Rights; GLENDORA C. HUGHES, in her
official capacity as General Counsel of the Maryland Commission on Civil
Rights; STEPHANIE SUERTH, in her official capacity as a member of the
Maryland Commission on Civil Rights; JANSSEN E. EVELYN, in his official
capacity as a member of the Maryland Commission on Civil Rights; EILEEN M.
LEVITT, in her official capacity as a member of the Maryland Commission on
Civil Rights; ANGELA SCOTT, in her official capacity as a member of the
Maryland Commission on Civil Rights; MAGDALENA S. NAVARRO, in her
official capacity as a member of the Maryland Commission on Civil Rights; JEFF
ROSEN, in his official capacity as a member of the Maryland Commission on
Civil Rights; GINA MCKNIGHT-SMITH; NOAH THOMAS METHENY, n his
official capacity as a member of the Maryland Commission on Civil Rights;
ANTHONY G. BROWN, in his official capacity as Attorney General of the state
of Maryland

Defendants - Appellees

------------------------------

THOMAS MORE SOCIETY; CHRISTIAN LEGAL SOCIETY; NATIONAL
ASSOCIATION OF EVANGELICALS; COMMONWEALTH OF VIRGINIA
AND 20 OTHER STATES; MAJOR RELIGIOUS ORGANIZATIONS AND

RELATED ENTITIES; ASSOCIATION OF CATHOLIC COLLEGES AND
UNIVERSITIES; COUNCIL FOR CHRISTIAN COLLEGES AND
UNIVERSITIES; RELIGIOUS COLLEGES AND UNIVERSITIES

       Amici Supporting Appellant

METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS
ASSOCIATION; RELIGIOUS AND CIVIL-RIGHTS ORGANIZATIONS

       Amici Supporting Appellee

———————————————

O R D E R

———————————————

Metropolitan Washington Employment Lawyers Association and Religious
and Civil-Rights Organizations have filed amicus curiae briefs with the consent of
the parties.

The court accepts the briefs for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk