FILED: November 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1735
(8:24-cv-02866-TDC)

_____

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an unincorporated association; ADVENTIST RISK MANAGEMENT, INC.

      Plaintiffs - Appellants

v.

CLEVELAND HORTON, II, in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights; GLENDORA C. HUGHES, in her official capacity as General Counsel of the Maryland Commission on Civil Rights; STEPHANIE SUERTH, in her official capacity as a member of the Maryland Commission on Civil Rights; JANSSEN E. EVELYN, in his official capacity as a member of the Maryland Commission on Civil Rights; EILEEN M. LEVITT, in her official capacity as a member of the Maryland Commission on Civil Rights; ANGELA SCOTT, in her official capacity as a member of the Maryland Commission on Civil Rights; MAGDALENA S. NAVARRO, in her official capacity as a member of the Maryland Commission on Civil Rights; JEFF ROSEN, in his official capacity as a member of the Maryland Commission on Civil Rights; GINA MCKNIGHT-SMITH; NOAH THOMAS METHENY, n his official capacity as a member of the Maryland Commission on Civil Rights; ANTHONY G. BROWN, in his official capacity as Attorney General of the state of Maryland

      Defendants - Appellees

------------------------------

THOMAS MORE SOCIETY; CHRISTIAN LEGAL SOCIETY; NATIONAL ASSOCIATION OF EVANGELICALS; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES; MAJOR RELIGIOUS ORGANIZATIONS AND

RELATED ENTITIES; ASSOCIATION OF CATHOLIC COLLEGES AND UNIVERSITIES; COUNCIL FOR CHRISTIAN COLLEGES AND UNIVERSITIES; RELIGIOUS COLLEGES AND UNIVERSITIES

 Amici Supporting Appellant

METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; RELIGIOUS AND CIVIL-RIGHTS ORGANIZATIONS; MASSACHUSETTS; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; OREGON; RHODE ISLAND; VERMONT; WASHINGTON; WISCONSIN

 Amici Supporting Appellee

---

O R D E R

---

 Massachusetts, California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maine, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington and Wisconsin have filed an amicus curiae brief.

 The court accepts the brief for filing.

           For the Court--By Direction

           /s/ Nwamaka Anowi, Clerk