UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an [Application for Admission](#) before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at [Register for eFiling](#).

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 25-1735 as

☐ Retained   ☐ Court-appointed(CJA)   ☐ CJA associate   ☐ Court-assigned(non-CJA)   ☐ Federal Defender

☑ Pro Bono   ☐ Government

COUNSEL FOR: See Attachment 1.

_____as the
(party name)

☐ appellant(s)   ☐ appellee(s)   ☐ petitioner(s)   ☐ respondent(s)   ☑ amicus curiae   ☐ intervenor(s)   ☐ movant(s)

/s/ Amy Tai
_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage My Account](#).**

Amy Tai
Name (printed or typed)

Americans United for Separation of Church and State
Firm Name (if applicable)

1310 L Street NW, Suite 200

Washington, DC 20005
Address

202-988-7682
Voice Phone

_____
Fax Number

tai@au.org
E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____       _____
Signature      Date

1/28/2020 SCC

<u>Attachment 1 to Appearance of Counsel Form</u>

Appeal No. 25-1735

**Counsel for:** Americans United for Separation of Church and State; American Civil Liberties Union; American Civil Liberties Union of Maryland; Bend the Arc: A Jewish Partnership for Justice; DignityUSA; Hindu American Foundation; Interfaith Alliance; Methodist Federation for Social Action; Sadhana: Coalition of Progressive Hindus; and Society for Humanistic Judaism, as *amici curiae*.