UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: 25-1735, Gen. Conf. of Seventh-Day Adventists v. Horton

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> A. Zinski v. Liberty University (25-1581) raises similar religious freedom protections: (1) Sections 702 and 703 of Title VII; (2) the Religion Freedom Restoration Act; (3) the ministerial exception; (4) the First Amendment freedom of expressive association; and (5) the ecclesiastical abstention doctrine.
>
> B. Doe v. Cath. Relief Servs. (25-1569) raises similar First Amendment arguments as defenses to application of the Maryland Fair Employment Practices Act. That case also raises Title VII issues not present in this case.

Signature: *[signature]*    Counsel for: Amici Thos More Society, et al

Date: 11/13/2025

File using event: RESPONSE/ANSWER (to Similar Case notice)