# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 19, 2025

_____

RULE 46 ADDITIONAL COPIES

_____

No.     25-1735,     General Conference of Seventh-Day Adventists v. Cleveland Horton, II
8:24-cv-02866-TDC

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 11/24/2025**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Amicus Brief | 4 | Christian Legal Society, Thomas More Society, et al |
| Amicus Brief | 4 | Americans United for Separation of Church and State and nine other religious and civil-rights organizations |
| Amicus Brief | 4 | Massachusetts, California, Colorado, Connecticut, Delaware, the District of Columbia, Hawai'i, Illinois, Maine, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin |

/s/ NWAMAKA ANOWI, CLERK