# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 26, 2025

_____

## DOCKET CORRECTION NOTICE

_____

No.    25-1735,       <u>General Conference of Seventh-Day Adventists v. Cleveland Horton, II</u>
8:24-cv-02866-TDC

TO:    General Conference of Seventh-Day Adventists
Adventist Risk Management, Inc.

FILING CORRECTION DUE: December 1, 2025

Please make the correction identified below and file a corrected document by the date indicated.

---

[ XX ] Incorrect event used. Please refile document using **BRIEF (formal briefs not under seal)** entry and selecting "**reply**" from the dropdown menu.

R. Phillips, Deputy Clerk
804-916-2702