# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 16, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

| | | |
|---|---|---|
| No. | 25-1735, | <u>General Conference of Seventh-Day Adventists v. Cleveland Horton, II</u> |
| | | 8:24-cv-02866-TDC |

TO:     BAPS Swaminarayan Sanstha
           Religious Colleges and Universities
           Commonwealth of Virginia and 20 other states
           Catholic University of America
           General Conference of Seventh-Day Adventists
           New Jersey
           Brigham Young University-Idaho
           District of Columbia
           Cedarville University
           Angela Scott
           State of South Carolina
           State of Utah
           Wisconsin
           Sadhana
           Massachusetts
           National Association of Evangelicals
           California
           Glendora C. Hughes
           American Islamic Congress
           State of Florida
           Janssen E. Evelyn
           State of Alaska
           Adventist Risk Management, Inc.
           Franciscan University of Steubenville
           DignityUSA
           Connecticut

Council for Christian Colleges and Universities
State of Alabama
Jeff Rosen
State of Kansas
Jurisdiction of the Armed Forces and Chaplaincy
Sadhana: Coalition of Progressive Hindus
Stephanie Suerth
Point Loma Nazarene University
Maine
State of Texas
Washington
Hindu American Foundation
State of Arkansas
Association of Catholic Colleges and Universities
Major Religious Organizations and Related Entities
Divine Mercy University
First Church of Christ, Scientist
State of Louisiana
Liberty University
State of Mississippi
Thomas More Society
Colorado
Nevada
State of Nebraska
Minnesota
Eileen M. Levitt
Brigham Young University-Hawaii
Oregon
Ensign College
Hawaii
Metropolitan Washington Employment Lawyers Association
State of Idaho
Illinois
Commonwealth of Virginia
International Society for Krishna Consciousness, Incorporated
Methodist Federation for Social Action
Regent University
American Civil Liberties Union of Maryland
Michigan
Rhode Island
Delaware

State of Georgia
First Church of Christ
Anglican Church in North America
Religious and Civil-Rights Organizations
State of West Virginia
State of Montana
Houston Christian University
Church of Jesus Christ of Latter-Day Saints
State of Iowa
American Association of Jewish Lawyers and Jurists
Biola University
Wheaton College
State of Oklahoma
Gina McKnight-Smith
New York
Vermont
Magdalena S. Navarro
Brigham Young University
State of Ohio
State of South Dakota
Americans United for Separation of Church and State
Cleveland Horton
Noah Thomas Metheny
Baylor University
Society for Humanistic Judaism
Coalition for Jewish Values
American Civil Liberties Union
Bend the Arc: A Jewish Partnership for Justice
Interfaith Alliance
Orthodox Union
Anthony G. Brown
State of Missouri
Christian Legal Society
Jewish Coalition for Religious Liberty
Anglican Office for Government and International Affairs

RESPONSE DUE: 12/19/2025

Response is required to the notice requesting information regarding similar cases on or before 12/19/2025. Please use the following form to submit response:

[**Response - Similar Cases**](), using the event: RESPONSE/ANSWER (to Similar Case notice).

R. Sewell, Deputy Clerk
804-916-2702