# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1735: Gen. Conf. of Seventh-Day Adventists v. Horton

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Zinski v. Liberty University (4th Cir. No. 25-1228) also presents issues involving the ministerial exception and the doctrine of expressive association in an employment relationship.

Signature: /s/ David C. Kravitz     Counsel for: Amici Massachusetts et al.

Date: 12/16/2025

**File using event: RESPONSE/ANSWER (to Similar Case notice)**