# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption:   25-1735; General Conference of Seventh-day Adventists v. Horton

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☒ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> *Doe v. CRS,* 4th Cir. No. 25-1569, raises similar First Amendment arguments as defenses to application of the Maryland Fair Employment Practices Act. That case also raises Title VII issues not present in this case.
>
> *Zinski v. Liberty University*, 4th Cir. No. 25-1581, raises similar First Amendment arguments as defenses in the Title VII context.

Signature: /s/ Gene C. Schaerr

Counsel for: Amici Curiae — The Church of Jesus Christ of Latter-day Saints; The First Church of Christ, Scientist; BAPS Swaminarayan Sanstha; International Society for Krishna Consciousness; Orthodox Union; American Islamic Conference; Coalition for Jewish Values; The Anglican Office for Government and International Affairs; The Jurisdiction of the Armed Forces and Chaplaincy; American Association of Jewish Lawyers and Jurists; Jewish Coalition for Religious Liberty

Date: 12/16/25

**File using event: RESPONSE/ANSWER (to Similar Case notice)**