# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: General Conf. of Seventh-day Adventists v Horton, 25-1735

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> (1) Doe v. Catholic Relief Services, 25-1569 (4th Cir.). Similar issues: constitutionality of MFEPA; application of church-autonomy doctrine to employment;
> (2) Zinski v. Liberty University, 25-1581 (4th Cir.). Similar issue: application of church-autonomy doctrine to employment.

Signature: /s/ Amy Tai          Counsel for: See attachment.

Date: 12/16/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)

<u>Attachment to Response – Similar Cases Form</u>

*General Conference of Seventh-day Adventists v. Horton*

Appeal No. 25-1735

**Counsel for:** Americans United for Separation of Church and State; American Civil Liberties Union; American Civil Liberties Union of Maryland; Bend the Arc: A Jewish Partnership for Justice; DignityUSA; Hindu American Foundation; Interfaith Alliance; Methodist Federation for Social Action; Sadhana: Coalition of Progressive Hindus; and Society for Humanistic Judaism, as *amici curiae*.