# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: _____

Please select the appropriate option below:

 I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

 I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Signature: _____ Counsel for: _____

Date: _____

**File using event:** RESPONSE/ANSWER (to Similar Case notice)

<u>List of Parties</u>

The foregoing notice is submitted by Aaron M. Worthen on behalf of:

- The Association of Catholic Colleges & Universities
- Council for Christian Colleges & Universities
- Brigham Young University
- The Catholic University of America
- Liberty University
- Wheaton College
- Brigham Young University–Hawaii
- Brigham Young University–Idaho
- Baylor University
- Biola University
- Cedarville University
- Divine Mercy University
- Ensign College
- Franciscan University of Steubenville
- Houston Christian University
- Point Loma Nazarene University
- Regent University