UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption:  No. 25-1735 Gen. Conf. of Seventh-day Adventists v. Horton

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Doe v. Catholic Relief Services, No. 25-1569 (4th Cir.) - appeal arising from a suit under the Maryland Fair Employment Practices Act in which the defendant challenged the constitutionality of that Act on free-exercise grounds
>
> Zinski v. Liberty University, 25-1581 (4th Cir.) - appeal arising from a Title VII suit in which the defendant raised the principle of church autonomy

Signature: /s/ Kevin M. Gallagher    Counsel for: Commonwealth of Virginia

Date: 12/18/2025

**File using event: RESPONSE/ANSWER (to Similar Case notice)**