# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: General Conf. of Seventh-day Adventists v. Horton (25-1735)

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Doe v. Catholic Relief Services, No. 25-1569 (4th Cir.): raises issues concerning application of church autonomy doctrine to employment and constitutionality of Maryland Fair Employment Practices Act.
>
> Zinski v. Liberty University, No. 25-1581 (4th Cir.): raises issues concerning application of church autonomy doctrine to employment.

Signature: /s/ Joshua M. Segal     Counsel for: Appellees

Date: 12/19/2025

**File using event: RESPONSE/ANSWER (to Similar Case notice)**