# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 25-1735    Caption: Gen. Conf. of Seventh-day Adventists v. Horton

Argument Session For Which You Are Scheduled: March 17-20, 2026

Dates You Are Available To Argue in the Session (if any):

March 17-19, 2026

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

Other Relevant Information:

Party(ies) You Represent:

General Conference of Seventh-day Adventists and Adventist Risk Management, Inc.

12/22/2025                                    /s/ Eric Baxter
Date                                          Counsel Signature

11/29/2021  SCC