# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1735　　　　　Date of Oral Argument: 03/17/26

Caption: General Conference of Seventh-day Adventists v. Cleveland Horton, II

Attorney Arguing: Eric S. Baxter

Arguing on Behalf of (party name):
General Conference of Seventh-day Adventists and Adventist Risk Management, Inc.

Select party type:
☑ Appellant　☐ Appellee　☐ Appellant/Cross-Appellee　☐ Appellee/Cross-Appellant　☐ Amicus　☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
　→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
　→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Eric S. Baxter
Phone Number (day of argument): (301) 461-8179

Principal Argument Time: 17　　　Rebuttal Argument Time (if any): 3
(for appellants and appellees)　　　(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:　　　Rebuttal Argument Time (if any):
(for appellants and appellees)　　　(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:　　　Select one of the following: ☐ Order allowing argument time
　　　　　　　　　　　　　　　　　　　　　　　☐ Court-Appointed Amicus

Signature: /s/ Eric S. Baxter　　　　　Date: 01/13/26

12/01/2024 NA