No. 25-1735

United States Court of Appeals
Fourth Circuit

General Conference of Seventh-Day Adventists, *et al.*,

*Plaintiffs-Appellants,*

v.

Cleveland Horton, II, *et al.*,

*Defendants-Appellees.*

Motion to Withdraw as Counsel

I, Meredith L. Baker, have resigned from the Office of the Attorney General and hereby respectfully request to be withdrawn as counsel of record for *Amicus Curiae*, Commonwealth of Virginia. *Amicus Curiae* will continue to be represented in this case by Graham K. Bryant.

                                                  Respectfully submitted,

By: */s/ Meredith L. Baker*
      Meredith L. Baker

| | |
|---|---|
| JASON S. MIYARES<br>*Attorney General* | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-5315 – Telephone<br>(804) 371-0200 – Facsimile |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                 */s/ Meredith L. Baker*
                                   Meredith L. Baker