No. 25-1735

United States Court of Appeals
Fourth Circuit

General Conference of Seventh-Day Adventists, *et al.*,

*Plaintiffs-Appellants,*

v.

Cleveland Horton, II, *et al.*,

*Defendants-Appellees.*

Motion to Withdraw as Counsel

I, Michael C. Dingman, am departing the Office of the Attorney General of Virginia, effective end of day January 16, 2026, and hereby respectfully request to be withdrawn as counsel of record for *Amicus Curiae* the Commonwealth of Virginia. The Commonwealth will continue to be represented in this case by Graham K. Bryant from the Office of the Attorney General.

1

Respectfully submitted,

By: */s/ Michael C. Dingman*
Michael C. Dingman

JASON S. MIYARES
*Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-5315 – Telephone
(804) 371-0200 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Michael C. Dingman*
Michael C. Dingman

2