No. 25-1735

United States Court of Appeals
Fourth Circuit

General Conference of Seventh-Day Adventists, *et al.*,

Plaintiffs-Appellants,

v.

Cleveland Horton, II, *et al.*,

Defendants-Appellees.

Motion to Withdraw as Counsel

I, Kevin M. Gallagher, have resigned from the Office of the Attorney General and hereby respectfully request to be withdrawn as counsel of record for *Amicus Curiae*, Commonwealth of Virginia. *Amicus Curiae* will continue to be represented in this case by Graham K. Bryant and other attorneys from the Office of the Attorney General.

1

                                      Respectfully submitted,

By:     */s/ Kevin M. Gallagher*
        Kevin M. Gallagher

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-5315 – Telephone
(804) 371-0200 – Facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2026, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                  */s/ Kevin M. Gallagher*
                                     Kevin M. Gallagher