FILED: January 20, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-1735
(8:24-cv-02866-TDC)

_____

GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an unincorporated association; ADVENTIST RISK MANAGEMENT, INC.

      Plaintiffs - Appellants

v.

CLEVELAND HORTON, II, in his official capacity as Acting Executive Director of the Maryland Commission on Civil Rights; GLENDORA C. HUGHES, in her official capacity as General Counsel of the Maryland Commission on Civil Rights; STEPHANIE SUERTH, in her official capacity as a member of the Maryland Commission on Civil Rights; JANSSEN E. EVELYN, in his official capacity as a member of the Maryland Commission on Civil Rights; EILEEN M. LEVITT, in her official capacity as a member of the Maryland Commission on Civil Rights; ANGELA SCOTT, in her official capacity as a member of the Maryland Commission on Civil Rights; MAGDALENA S. NAVARRO, in her official capacity as a member of the Maryland Commission on Civil Rights; JEFF ROSEN, in his official capacity as a member of the Maryland Commission on Civil Rights; GINA MCKNIGHT-SMITH; NOAH THOMAS METHENY, n his official capacity as a member of the Maryland Commission on Civil Rights; ANTHONY G. BROWN, in his official capacity as Attorney General of the state of Maryland

      Defendants - Appellees

------------------------------

THOMAS MORE SOCIETY; CHRISTIAN LEGAL SOCIETY; NATIONAL ASSOCIATION OF EVANGELICALS; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES; MAJOR RELIGIOUS ORGANIZATIONS AND

RELATED ENTITIES; ASSOCIATION OF CATHOLIC COLLEGES AND UNIVERSITIES; COUNCIL FOR CHRISTIAN COLLEGES AND UNIVERSITIES; RELIGIOUS COLLEGES AND UNIVERSITIES

 Amici Supporting Appellant

METROPOLITAN WASHINGTON EMPLOYMENT LAWYERS ASSOCIATION; RELIGIOUS AND CIVIL-RIGHTS ORGANIZATIONS; MASSACHUSETTS; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK; OREGON; RHODE ISLAND; VERMONT; WASHINGTON; WISCONSIN

 Amici Supporting Appellee

------------------------

O R D E R

------------------------

The court Kevin Gallagher and Michael Dingman's motions to withdraw from further representation on appeal.

 For the Court--By Direction

 /s/ Nwamaka Anowi, Clerk